(REF.1A; Rev. 7/93)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA           :

v.                                 :     3:09cr130(SRU)

James Maenza                       :

## CONSENT FORM

The defendant, _James Maenza_, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R. Crim. P., Rule 11.

CONSENTED TO:

DEFENDANT: _____ 10/9/09
                                    Date

ATTORNEY FOR DEFENDANT: _____ 10/9/09
                                    Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _____ 10/9/09
                                    Date